**(Official Form 1) (12/03)**

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Charon, Steven D.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Charon, Barbara K.** |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names):<br>**DBA Car Toys** | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names):<br>**FKA Barbara K. Cardey** |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**xxx-xx-9520** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**xxx-xx-1839** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1730 Suzy Street**<br>**Sandwich, IL 60548** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**1730 Suzy Street**<br>**Sandwich, IL 60548** |
| County of Residence or of the Principal Place of Business: **De Kalb** | County of Residence or of the Principal Place of Business: **De Kalb** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): **114 Kirkland Circle Unit A Oswego, IL 60543** | |

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual(s) | ☐ Railroad | ☐ Chapter 7    ☐ Chapter 11    ■ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9    ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other_____ | ☐ Clearing Bank | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business    ■ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | |
| ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | *** Jeffrey M. Krasner 01524909 *** |

**Statistical/Administrative Information** (Estimates only)     THIS SPACE IS FOR COURT USE ONLY
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Voluntary Petition** — FORM B1, Page 2
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Charon, Steven D.**
**Charon, Barbara K.**

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X    /s/ Steven D. Charon
Signature of Debtor **Steven D. Charon**

X    /s/ Barbara K. Charon
Signature of Joint Debtor **Barbara K. Charon**

Telephone Number (If not represented by attorney)

**March 30, 2005**
Date

**Signature of Attorney**

X    /s/ Jeffrey M. Krasner
Signature of Attorney for Debtor(s)
**Jeffrey M. Krasner 01524909**
Printed Name of Attorney for Debtor(s)
**Krasner Law Office**
Firm Name
**407 West State Street**
**Suite 4**
**Sycamore, IL 60178-1455**
Address
**Email: JKrasner@abanet.org**
**815.899.8436  Fax: 815.895.1700**
Telephone Number
**March 30, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)       Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

JEFFREY M. KRASNER
KRASNER LAW OFFICE
407 WEST STATE STREET
SUITE 4
SYCAMORE, IL 60178-1455

LAW OFFICES OF
MITCHELL N. KAY, P.C.
POB 2374
CHICAGO IL 60690-2374

STEVEN D. CHARON
1730 SUZY STREET
SANDWICH IL 60548

MBNA AMERICA
P.O. BOX 15027
WILMINGTON DE 19850-5027

STEVEN D. CHARON
BARBARA K. CHARON
1730 SUZY STREET
SANDWICH IL 60548

NCC BUSINESS SERVICES, INC
3733 UNIVERSITY BLVD. W.
SUITE 300
JACKSONVILLE FL 32217

CAPITAL ONE
Acct No MC
1957 WESTMORELAND ROAD
RICHMOND VA 23276-5617

NCO FINANCIAL SYSTEMS
DEPT. 750
1804 WASHINGTON BLVD.
BALTIMORE MD 21230

CHRYSLER FINANCIAL

NCO FINANCIAL SYSTEMS
DEPT. 58
PHILADELPHIA PA 19101-1421

CITIFINANCIAL
Acct No 710509
939 OAK STREET
NORTH AURORA IL 60542-1579

NICOR GAS
Acct No 23219202
PO BOX 310
AURORA IL 60507-0310

DIRECT MERCHANTS BANK
Acct No MC
CARDMEMBER SERVICES
PO BOX 21798
TULSA OK 74121-1798

TARGET
RETAILERS NATIONAL BANK
P.O. BOX 59317
MINNEAPOLIS MN 55459

HOUSEHOLD BANK (SB) NA
Acct No 5489555105300893-A
P.O. BOX 5244
CAROL STREAM IL 60197-5244

WASHINGTON MUTUAL
Acct No R2001-01543
C/O SHAPIRO & KREISMAN
4201 LAKE COOK ROAD
NORTHBROOK IL 60062

ILLINOIS DEPARTMENT OF REV
Acct No 2670-3939
101 W JEFFERSON ST
PO BOX 19475
SPRINGFIELD IL 62794-9084

JC PENNY