# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 05-17475 BL | Trustee: | (520196) MICHAEL G. BERLAND |
| --- | --- | --- | --- |
| Case Name: | CHARON, STEVEN D | Filed (f) or Converted (c): | 08/10/05 (c) |
| | CHARON, BARBARA K | §341(a) Meeting Date: | 09/29/05 |
| Period Ending: | 10/16/08 | Claims Bar Date: | 05/18/06 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 1730 Suzy Street-scheduled | 135,000.00 | 0.00 | | 0.00 | FA |
| 2 | Household goods-scheduled | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | Books, pictures etc-scheduled | 50.00 | 0.00 | | 0.00 | FA |
| 4 | Cltohing-scheduled | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Furs and jewelry-scheduled | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Business recievables-scheduled | 14,000.00 | 0.00 | | 10,000.00 | FA |
| 7 | Child support-scheduled | 115.00 | 0.00 | | 0.00 | FA |
| 8 | 1999 Honda Civic-scheduled | 7,300.00 | 0.00 | | 0.00 | FA |
| 9 | 1998 Dodge Durango-scheduled | 7,500.00 | 0.00 | | 0.00 | FA |
| 10 | 1996 Pontoon boat | Unknown | 0.00 | | 0.00 | FA |
| 11 | Office equipment-scheduled | 350.00 | 0.00 | | 0.00 | FA |
| 12 | Pets-scheduled | Unknown | 0.00 | | 0.00 | FA |
| 13 | Hot tub-scheduled | 500.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 143.27 | Unknown |
| 14 | Assets  Totals (Excluding unknown values) | $166,515.00 | $0.00 | | $10,143.27 | $0.00 |

**Major Activities Affecting Case Closing:**

The Trsutee filed a Motion To Compromise His interest In Certain Receivables, which was granted.. The Trustee recently filed tax returns.

Exhibit B

Printed: 10/16/2008 11:04 AM   V.10.54

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 05-17475 BL | **Trustee:** (520196) | MICHAEL G. BERLAND |
| **Case Name:** CHARON, STEVEN D | **Filed (f) or Converted (c):** | 08/10/05 (c) |
| CHARON, BARBARA K | **§341(a) Meeting Date:** | 09/29/05 |
| **Period Ending:** 10/16/08 | **Claims Bar Date:** | 05/18/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. DA=§554(c) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** August 31, 2009      **Current Projected Date Of Final Report (TFR):** August 31, 2009