**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>CHARON, STEVEN D<br>CHARON, BARBARA K<br><br>        Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-17475 BL<br><br>JUDGE Bruce W. Black(Joliet) |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO  the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

    At:  Will County Court Annex
         57 N. Ottawa Street, Courtroom 201
         Joliet, Illinois 60432

    on:  **December 5, 2008**
    at:  **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $        10,142.03

    b. Disbursements                         $           681.00

    c. Net Cash Available for                $         9,461.03
       Distribution

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| MICHAEL G. BERLAND (Trustee Fees) | | 0.00 | $1,764.20 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $17,923.37 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 42.94%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 6A | Illinois Department of Revenue | $ 17,923.37 | $ 7,696.83 |

7. Claims of general unsecured creditors totaling $29,075.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 4 | eCAST Settlement Corporation, assignee of | $ 455.04 | $ 0.00 |
| 5 | MBNA America Bank, N.A. | $ 5,143.29 | $ 0.00 |
| 6B | Illinois Depatment Of Revenue | $ 4,485.07 | $ 0.00 |
| 7 | eCAST Settlement Corporation, assignee of | $ 1,615.29 | $ 0.00 |
| 8 | eCAST Settlement Corporation, assignee of | $ 2,189.58 | $ 0.00 |
| 9 | B-Line,LLC/ShermanAcq,LLC/PROVIDIAN FINANCIAL CORP | $ 1,865.85 | $ 0.00 |

| 10 | Target National Bank (fka Retailers National Bank) | $ 318.03 | $ 0.00 |
|----|---|---|---|
| 11 | Metris Receivables, Inc./Direct Merchants | $ 1,624.58 | $ 0.00 |
| 12 | DaimlerChrysler Financial Services Americas, L.L.C | $ 5,235.00 | $ 0.00 |
| 13 | DaimlerChrysler Financial Services Americas, L.L.C | $ 6,143.88 | $ 0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing:

Dated: October 30, 2008

For the Court,

**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:    MICHAEL G. BERLAND
Address:    1 NORTH LASALLE STREET
            STE 1775
            CHICAGO, IL 60602
Phone No.: (312) 855-1272

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1                   Date Rcvd: Oct 30, 2008
Case: 05-17475                 Form ID: pdf002              Total Served: 28

The following entities were served by first class mail on Nov 01, 2008.
db          +Steven D Charon,    1730 Suzy Street,    Sandwich, IL 60548-9370
jdb         +Barbara K Charon,    1730 Suzy Street,   Sandwich, IL 60548-9370
aty         +Jeffrey M Krasner,    407 West State St,    Suite 4,    Sycamore, IL 60178-1455
aty         +Michael G Berland,    Law Offices of Michael G. Berland,    One N Lasalle St, #1775,
              Chicago, IL 60602-4065
tr          +Michael G Berland,    1 N LaSalle St,   No.1775,    Chicago, IL 60602-4065
9301109     +Capital One,    Acct No MC,    1957 Westmoreland Road,    Richmond VA 23276-0001
9301111      Citifinancial,    Acct No 710509,    939 Oak Street,    North Aurora IL 60542-1579
12555642    +DaimlerChrysler Financial Services Americas, L.L.C,    c/o Riezman Berger, P.C.,
              7700 Bonhomme Ave 7th Floor,,    St. Louis, MO 63105-1960
9301124     +DaimlerChrysler Services LLC,    %Riezman Berger PC,    7700 Bonhomme Ave, 7th Floor,
              Clayton, MO 63105-1960
9301125     +DaimlerChrysler Services, LLC,    c/o Riezman Berger, P.C.,    7700 Bonhomme Avenue,    7th Floor,
              Clayton, MO 63105-1960
9301112      Direct Merchants Bank,    Acct No MC,    Cardmember Services,    PO Box 21798,    Tulsa OK 74121-1798
9301113      Household Bank (SB) NA,    Acct No 5489555105300893-A,    P.O. Box 5244,
              Carol Stream IL 60197-5244
9301114     +Illinois Department of Rev,    100 W. Randolph St #7-100,    Chicago, IL 60601-3218
9301117      MBNA America,    P.O. Box 15027,    Wilmington DE 19850-5027
9476158      MBNA America Bank, N.A.,    by eCAST Settlement Corporation,    as its agent,    P.O. Box 35480,
              Newark, NJ   07193-5480
9684997      Metris Receivables, Inc./Direct Merchants,    Credit Card Bank, N.A. by eCAST,
              Settlement Corporation as its agent,    P.O. Box 35480,    Newark, NJ   07193-5480
9301126     +Mortgage Electronic Registration Systems, Inc.,    c/o Washington Mutual Bank, FA,
              Default Cash Processing,    Mail Stop MWIA303,    P.O. Box 3200,    Milwaukee, Wi 53201-3200
9301118     +NCC Business Services, Inc,    3733 University Blvd. W.,    Suite 300,    Jacksonville FL 32217-2103
9301120      NCO Financial Systems,    Dept. 58,    Philadelphia PA 19101-1421
9301119     +NCO Financial Systems,    Dept. 750,    1804 Washington Blvd.,    Baltimore MD 21230-1700
9301122     +Target,    Retailers national Bank,    P.O. Box 59317,    Minneapolis MN 55459-0317
9619794     +Target National Bank (fka Retailers National Bank),    TARGET,    c/o Weinstein & Riley, P.S.,
              2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
9301123     +Washington Mutual,    Acct No R2001-01543,    c/o Shapiro & Kreisman,    4201 Lake Cook Road,
              Northbrook IL 60062-1060
9476069      eCAST Settlement Corporation, assignee of,    General Electric/JCP CONSUMER,    P.O. Box 35480,
              Newark, NJ   07193-5480
9576435      eCAST Settlement Corporation, assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
              P.O. Box 35480,    Newark, NJ   07193-5480
The following entities were served by electronic transmission on Oct 31, 2008.
9619771     +E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Oct 31 2008 05:31:53
              B-Line,LLC/ShermanAcq,LLC/PROVIDIAN FINANCIAL CORP,    B-Line, LLC,    Mail Stop 550,
              2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
9301116      E-mail/PDF: ebn@phinsolutions.com Oct 31 2008 05:31:20     Law Offices of,
              Mitchell N. Kay, P.C.,    POB 2374,    Chicago IL 60690-2374
9301121      E-mail/Text: bankrup@nicor.com                            NICOR Gas,    Acct No 23219202,
              PO Box 310,    Aurora IL 60507-0310
                                                                                              TOTAL: 3
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9301110      Chrysler Financial
9301115      JC Penny
12559673*   +DaimlerChrysler Services, LLC,    c/o Riezman Berger, P.C.,    7700 Bonhomme Avenue,    7th Floor,
              Clayton, MO 63105-1960
                                                                                              TOTALS: 2, * 1
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 01, 2008**                    **Signature:** *Joseph Speetjens*